IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>425 Third Street S.W., Suite 800<br>Washington, DC 20024,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT**

Plaintiff Judicial Watch, Inc. brings this action against Defendant U.S. Department of Justice to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552. As grounds therefor, Plaintiff alleges as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

**PARTIES**

3. Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street S.W., Suite 800, Washington, DC 20024. Plaintiff seeks to promote transparency, accountability, and integrity in government and fidelity to the rule of law. As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA. Plaintiff analyzes

the responses and disseminates its findings and the requested records to the American public to inform them about "what their government is up to."

4. Defendant U.S. Department of Justice is an agency of the United States Government and is headquartered at 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On June 14, 2019, Plaintiff submitted a FOIA request by certified mail to the Defendant, seeking access to:

   1. A copy of a communique hand-delivered to then-National Security Advisor Mike Flynn by British government official Sir Mark Lyall Grant in January 2017 regarding the credibility (or lack thereof) of former British MI6 officer Christopher Steele and/or the "dossier" relating to alleged collusion between the campaign of Donald Trump and the Russian Government (i.e., the "Steele Dossier") and purported to have been in the possession of Special Counsel Robert Mueller.[1]
   2. All records of communications sent to or from officials on Special Counsel Robert Mueller's team regarding the communique referenced in Bullet 1 and/or its contents.

   The timeframe for the requested records is January 1, 2017, to the FOIA request date.

6. By a letter dated July 1, 2019, DOJ acknowledged receiving Plaintiff's request and advised Plaintiff that the request had been assigned tracking number 70182290000088809468.

7. Defendant responded almost five years later, on May 16, 2024, indicating that some kind of search had been conducted but that no responsive records could be located.

---

[1] The communique in question is referenced in a May 29, 2019 article in *The Hill*, enclosed (with the original request) for your convenience and accessed June 14, 2019, at *http://thehill.com/opinion/white-house/446050-did-brits-warn-about-steeles-credibility-before-muellers-probe-congress*.

8. Plaintiff appealed this decision on May 16, 2024, requesting a more thorough search.

9. On May 16, 2024, DOJ acknowledged Plaintiff's appeal and assigned it tracking number A-2024-01666.

10. On January 14, 2025, DOJ denied Plaintiff's appeal.

## COUNT I
### (Violation of FOIA, 5 U.S.C. § 552)

11. Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

12. Defendant is in violation of FOIA.

13. Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with it.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct searches for any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and *Vaughn* indices of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: March 4, 2025                                    Respectfully submitted,

                                                        */s/ Christina Bobb*
                                                        CHRISTINA BOBB
                                                        D.C. Bar No. 90021326
                                                        JUDICIAL WATCH, INC.

425 Third Street SW, Suite 800
Washington, DC 20024
Tel:    (202) 646-5172
Email: porfanedes@judicialwatch.org

*Attorney for Plaintiff*