UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 25-0634 (ACR)

# STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, with each side to bear their own fees and costs.

Dated: October 6, 2026

Respectfully submitted,

*/s/ Christina Bobb*
CHRISTINA BOBB
D.C. Bar No. 90021326
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: porfanedes@judicialwatch.org

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Danielle D. Peraza*
DANIELLE D. PERAZA, DC Bar
No. 900938597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7246

*Attorneys for the United States of America*